1  CURTIS A. COLE, State Bar No. 052288
   curtiscole@thelenreid.com
2  LISA A. COLE, State Bar No. 184267
   lcole@thelenreid.com
3  JAMES D. MOORE, State Bar No. 218187
   jdmoore@thelenreid.com
4  THELEN REID & PRIEST LLP
   225 West Santa Clara Street, Suite 1200
5  San Jose, CA  95113-1723
   Tel. 408.292.5800
6  Fax 408.287.8040

7  Attorneys for Defendant
   SDV (USA), Inc.
8

9

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     (SAN JOSE DIVISION)

14                                        *E-FILED - 11/16/05*

15  CATHERINE ATZEN,                | Case No.: C-05-02179 RMW
16              Plaintiff,          |
17       vs.                        | **STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
18  SDV (USA), INC., CAUVIN & PALLE, and does 5-100, inclusive, |
19              Defendants.         |
20  AND ALL RELATED COUNTERCLAIMS

21

22                      **STIPULATION**

23       In order to facilitate further settlement discussions between plaintiff CATHERINE

24  ATZEN ("ATZEN") and defendant and third-party complainant SDV (USA), Inc. ("SDV"),  SDV

25  and specially appearing third-party defendant AGS ALSACE-FRANCE ("AGS") stipulate to

26  reschedule the currently calendared November 4, 2005, case management conference related to

27  AGS' motion to quash service and to dismiss until Friday, November 18.

28

1  SO STIPULATED:

2  THELEN REID & PRIEST, LLP                     COZEN O'CONNOR

3  [signature]                                   [signature]

4  James D. Moore                                Steven L. Rodriguez
   Counsel for defendant and third party         Counsel for third-party defendant AGS
5  complainant SDV (USA), INC.                   ALSACE-FRANCE

6  Dated: 10/31/2005                             Dated: 11/1/05

7

8

9                                                **ORDER**

10 SO ORDERED:

11
   Dated: 11/16/05
12

13                                               /S/ RONALD M. WHYTE

14                                               RONALD M. WHYTE
                                                 UNITED STATES DISTRICT JUDGE